**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

**UNITED STATES OF AMERICA,**

**-against-**                                                                                       **04-CR-402**

**YASSIN MUHIDDIN AREF
and MOHAMMED MOSHARREF HOSSAIN**,

                                              **Defendants.**
_____

**THOMAS J. McAVOY,
Senior United States District Judge**

### ORDER FOR FURTHER BRIEFING

In opposition to the Government's Motion for a Protective Order Pursuant to CIPA § 4 and Fed. R. Crim. P. 16(d)(1), defense counsel argues that, in light of: (1) their national security clearances, (2) the Court's Protective Order (and the safeguards and procedures effectuated thereby), (3) the non-disclosure agreement that each attorney signed, and (4) the law prohibiting unauthorized disclosure of classified information, they should be allowed to review the Government's sealed submissions in order to formulate a response. See Luibrand Aff., dkt. # 126; Kindlon Aff. dkt # 127. The Government is direct to file a brief within two weeks of the date of this Order, not to exceed ten (10) pages in length, that responds to this argument.

**IT IS SO ORDERED**

DATED: October 12, 2005

Thomas J. McAvoy
Senior, U.S. District Judge