UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

-against-                                                  04-CR-402

YASSIN MUHIDDIN AREF
and MOHAMMED MOSHARREF HOSSAIN,

                        **Defendants.**
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**

### ORDER

The New York Civil Liberties Union ("NYCLU") has made an application for leave "to participate as *amicus curiae* [in the instant case]" so as to have the ability to "file briefs and to participate in oral argument on legal issues" addressed to "the lawfulness of warrantless, domestic wiretapping by the National Security Agency." NYCLU Feb. 15, 2005 Ltr. Appl., p. 1 [dkt. # 179].

The parties in this action and the NYCLU shall submit legal briefs, not to exceed ten (10) pages in length, addressed to the standard for granting or denying such an application, and submitting any arguments for or against granting the application in this case. All briefs shall be filed on or before March 1, 2006.

**T IS SO ORDERED**

DATED: February 17, 2006

                                                      Thomas J. McAvoy
                                                      Senior, U.S. District Judge