**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**UNITED STATES OF AMERICA,**

-against-                                                          04-CR-402

**YASSIN MUHIDDIN AREF**
**and MOHAMMED MOSHARREF HOSSAIN**,

                          **Defendants.**

_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**

## DECISION & ORDER

The Government moves to quash a subpoena duces tecum to Immigration and Customs Enforcement (ICE) for nine Immigration "A- files" related to five prospective government trial witnesses, the two defendants, and two other persons. See Govt. Motion, dkt. # 290. For the reasons set forth in the Government's motion and as addressed more fully at the pre-trial conference held on August 22, 2006, it is hereby

**ORDERED** that the Government's motion to quash the subpoena duces tecum to Immigration and Customs Enforcement (ICE) for nine Immigration "A- files" related to five prospective government trial witnesses, the two defendants, and two other persons [dkt. # 290] is **GRANTED**, and it is further

**ORDERED** that the Government shall produce for the Court for *in camera* review

1

those documents that are otherwise responsive to the aforementioned subpoena duces tecum for any witness that the Government calls to testify in this matter, and the Government shall produce those documents before the witness testifies. The Court will review the files and determine which documents, if any, should be turned over to Defendants.

**IT IS SO ORDERED**

DATED:August 23,2006

_Thomas J. McAvoy_
Thomas J. McAvoy
Senior, U.S. District Judge