**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**UNITED STATES OF AMERICA,**

-against-                                                                 04-CR-402

**YASSIN MUHIDDIN AREF**
**and MOHAMMED MOSHARREF HOSSAIN**,

                   **Defendants.**

_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**


### DECISION & ORDER

The Government moves to quash subpoenas duces tecum seeking various documents, including reports and notes, from two of the Government's expert witnesses - Rohan Gunaratna and Rodney Ratledge. See Dkt. # 289. For the reasons set forth in the Government's motion and as addressed more fully at the pre-trial conference held on August 22, 2006, it is hereby

**ORDERED** that the Government's motion to quash the subpoenas duces tecum seeking various documents from Rohan Gunaratna and Rodney Ratledge [dkt. # 289] is **GRANTED**, and it is further

**ORDERED** that before Rohan Gunaratna and Rodney Ratledge testify, the Government shall produce for the Court for *in camera* review those documents that are

1

otherwise responsive to the aforementioned subpoenas duces tecum. The Court will review the files and determine which documents, if any, should be turned over to Defendants. And, it is further

**ORDERED** that, for the reasons set forth in the Court's August 11, 2006 Decision and Order [dkt. # 282] and based upon the concerns raised by defense counsel at the August 22, 2006 pre-trial conference, Rohan Gunaratna's expert witness report (Exhibit A to Defendant Hossain's Pre-trial Motions) shall **REMAIN SEALED UNTIL FURTHER ORDER OF THIS COURT OR UNTIL THE JURY RENDERS A VERDICT IN THIS MATTER**, whichever shall occur first. Despite the report remaining sealed during the trial, counsel may use and refer to the report for purposes of examination at trial.

**IT IS SO ORDERED**

DATED: August 23, 2006

_Thomas J. McAvoy_
Thomas J. McAvoy
Senior, U.S. District Judge