UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

**UNITED STATES OF AMERICA,**

-against-                                                                     04-CR-402

**YASSIN MUHIDDIN AREF
and MOHAMMED MOSHARREF HOSSAIN**,

                **Defendants.**

_____

**THOMAS J. McAVOY,
Senior United States District Judge**

### DECISION & ORDER

      Defendants YASSIN MUHIDDIN AREF and MOHAMMED MOSHARREF HOSSAIN having each made motions for judgments of acquittal pursuant to Fed. R. Crim. P. 29(a) at the close of Government's case-in-chief, at the close of the defendants' proof, and at the close of all evidence but before the case was submitted to the jury; and the Court having reserved decision on those motions; and the Court, having considered the evidence at the time each ruling was reserved and the arguments of counsel, hereby **DENIES** each motion.  Defendants are granted an exception to each ruling.

**IT IS SO ORDERED**

DATED: October 11, 2006

*Thomas J. McAvoy*
Thomas J. McAvoy
Senior, U.S. District Judge