BUSTED BY THE FEDS

*Your name and address
should be here.*
Yassin Muhiddin Aref
#12778-052
USP Marion
P.O.Box 1000
Marion, IL 62959

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
JUN 0 1 2010
LAWRENCE K. BAERMAN, CLERK
ALBANY

IN THE UNITED STATES DISTRICT COURT

FOR THE __NORTHERN__ DISTRICT OF __NEW YORK__

UNITED STATES OF AMERICA     )
                             )
    Plaintiff,               )
                             )    Case No. 04-CR-402
                             )
    vs.                      )    **NOTICE OF APPEAL**
                             )
YASSIN MUHIDDIN AREF and     )
                             )
MOHAMMED MOSHARREF HOSSAIN,  )
    Defendant.               )
                             )

COMES NOW the Defendant, __Yassin M. Aref__, pro se, and hereby gives notice of appeal from the ~~###################~~ by this Court on __May 19__, ~~###~~ 2010
Decision & Order Dkt#632
Respectfully submitted this __26__ day of __May__, ~~###~~ 2010

_____

Copy mailed this __26__ day of __May__, 2010.

~~########~~, to each of the following:

William C. Pericak, AUSA
U.S. Attorney's Office (N.D.N.Y.)
455 Broadway
218 James T. Foley Ct. House
Albany, NY 12207-2924

### Mail-Box's Rule

I hereby certify that on May 26, 2010, this notice was delivered to prison autorities for forwarding to the Court and for serving a copy to Mr. William C. Pericak, AUSA.

_____

130

From
Yassin Aref
12778-052
U.S.P. 17
P.O. Box-1000
Marion-IL
62959

Legal mail

⇦12778-052⇦
CLERK OF The COURT
U.S. District Court
445 Brodway
Albany, NY - 12207
United States